STATE OF NEW JERSEY v. ROBERT M. LIVINGSTON.

April 6, 1981.

Petition for certification denied.

TOWNSHIP OF JEFFERSON v. W. NILS LINDE.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK GIBSON.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNIE SPEARMAN.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNIE SPEARMAN.

April 6, 1981.

Petition for certification denied.